*Cover Letter*

FILED
NOV 24 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Clerk,

Please find enclosed a personal letter I'm asking to be considered as a Motion for Rehearing to be filed. Appeal Nos 07-15-00120-CR, Trial Court Nos. 1394641D. Please advise me of your reciept/dispostion of this motion and any further action taken by the court on my motion. Thanking you in advance.

Sincerly,

Jeremy Lummus #1985459
13055 FM. 3522
Abilene, Tx. 79601

Hello,

FILED
NOV 24 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

I am writing in reference to the memorandum opinion of my case Appeal Nos. 07-15-00120-CR, Trial Court Nos. 1394641D.

I am simply requesting that you accept my letter as a motion for rehearing simply on the grounds of inefective assistant councel because in my memorandum opinion in Issue Three - Supression of Evidence, Chief Justice Quinn stated "to brief a...constitional issue adequately, appellant must present specific arguments and authorities supporting his contentions....[and where] he has failed to meet this burden, appellants', ...constitutional claim is inadequately briefed and is, therefore, overruled."

So the judgment of the trial Court was affirmed do to inadequate briefing. To me this just doesn't seem fair at all because it's not in any way, shape, or form my fault, I was given an attorney by the state who didn't fill paperwork correctly.

I also have one other ground as well in hopes of taking this letter into

consideration as a motion for rehearing and that is statements also made regarding issue two - lesser included offense on page 5 in my memorandum opinion it was stated about the second prong. It said "the evidence to wich he alludes came from the testifying chemist. He spoke of 1) weighing the crystaline substance taken from appellants car after removing debris" I'm going to stop there because in my attorney's brief and the states brief in the statement of facts cleary states what the chemist tested was allegedly found in the back seat and floorboard of a police car, nothing was found in appellants "me", car and well I respectfully submit that these statements were taken out of context wich concludes "prosicutor misconduct.

Now I'm suppose to file a habeas corpus on my own wich I'm given only one shot. I'm not an attorney and am ignorant as to how to file a habeaus Corpus and therefore lack the knowledge to do so I have nobody helping me and I'm only asking

that this court give me a fair chance and accept this letter as a motion for rehearing because of the mistakes that were made by my attorney; inadequate briefing and statements made in my memorandum opinion that were taken out of context please, thank you, and God Bless.

Respectfully,

Jeremy Summers

Jeremy Summers #1985459
13055 FM 3522
Abilene, Tx. 79601

LEGAL
MAIL

District Clerk Peggy Culp
Seventh Court of Appeals 79105-9540 PO Box 9540
Amarillo, Tx. 79105-9540

20 NOV 2015 PM 1 L

FOREVER

791053540